**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**NOT FOR PUBLICATION**

SIEMENS FINANCIAL SERVICES, INC.,

    Plaintiff,

v.

OPEN ADVANTAGE M.R.I. II L.P., et. al.,

    Defendants

Civil Action No. 07-1229(KSH)

**OPINION**

SACV08-0351 AG (RNBx)

**KATHARINE S. HAYDEN, U.S.D.J.**

---

For the reasons stated in the Opinion filed herewith,

It is on this 29th day of February, 2008,

**ORDERED** that plaintiff's appeal of Magistrate Judge Shwartz's June 11, 2007 order (Docket entry # 20) is **denied**.

                    /s/Katharine S. Hayden
                    Katharine S. Hayden
                    United States District Judge

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey
By_____ Deputy Clerk